# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JEROME MOUZON, | : | CIVIL ACTION |
| Petitioner, | : | |
| | : | |
| v. | : | No. 08-783 |
| | : | |
| GERALD L. ROZUM, et al., | : | |
| Respondents. | : | |

## ORDER

**AND NOW**, this 5th day of November, 2009, upon consideration of the Petition for Writ of Habeas Corpus, Respondents' Answer thereto, Petitioner's "Rebuttal to Response to Petition for Writ of Habeas Corpus Relief," the Report and Recommendation of United States Magistrate Judge Henry S. Perkin dated October 21, 2008, Petitioner's objections to the Report and Recommendation, and after a thorough and independent review of the record, it is hereby **ORDERED** that:

1. Petitioner's objections are **OVERRULED**;

2. The Report and Recommendation is **APPROVED** and **ADOPTED**;

3. The Petition for Writ of Habeas Corpus is **DENIED** with prejudice and **DISMISSED** without an evidentiary hearing; and

4. There is no probable cause to issue a certificate of appealability.

 **BY THE COURT:**

 **/s/ Mitchell S. Goldberg**

 _____
 **MITCHELL S. GOLDBERG, J.**